IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE R. MOYER,

      Plaintiff,                       No. CIV S-03-1350 FCD DAD P

    vs.

JAMES E. TILTON, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On July 9, 2003, plaintiff's pro se complaint was dismissed with leave to amend. Plaintiff, still proceeding pro se, filed an amended complaint on October 6, 2003. In 2004, the case was dismissed for failure to state a claim on which relief can be granted. On appeal, the Ninth Circuit determined that plaintiff has pleaded a colorable ex post facto claim. The judgment reversing and remanding the case was filed in this court on July 11, 2006.

        On November 17, 2006, a notice of appearance was filed by counsel for plaintiff together with a motion for leave to file a second amended complaint. Plaintiff's amended motion filed November 22, 2006, is set for hearing before the undersigned on January 12, 2007.[1]

---

[1] This court did not authorize service of plaintiff's pro se complaints on any defendant, and no defendant has appeared in the action in this court.

1

Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Plaintiff's motion will be granted, and the Clerk of the Court will be directed to file the revised version of plaintiff's second amended complaint presented on November 29, 2006, as an attachment to plaintiff's Notice of Errata.

Plaintiff's second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, service will be effected on the defendants by the United States Marshal.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's November 22, 2006 amended motion (docketed as #32) to file a second amended complaint is granted, and plaintiff's motion is dropped from this court's January 12, 2007 law and motion calendar.

2. The Clerk of the Court is directed to detach and file the fourteen-page second amended complaint submitted by plaintiff on November 29, 2006, as Exhibit A to plaintiff's Notice of Errata (docketed as #34).

3. The Clerk of the Court shall amend the docket to reflect that the defendants are James E. Tilton, Jeanne S. Woodford, Jennifer Shaffer, and Mark Shepard, and the title of the case shall be amended accordingly.

4. Plaintiff's second amended complaint will be served on defendants James E. Tilton, Jeanne S. Woodford, Jennifer Shaffer, and Mark Shepard.

5. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, and an instruction sheet, together with a paper copy of this order.

6. Within fifteen days from the date of this order, plaintiff shall submit all of the following documents to the court in paper format:

    a. A Notice of Submission of Documents similar to the attached form Notice of Submission of Documents;

    b. One completed summons;

    c.  A completed USM-285 form for each defendant; and

    d.  Five copies of the second amended complaint filed by the Clerk of the Court pursuant to this order.

  7.  Upon receipt of the documents required to effect service, the court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: January 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
moye1350.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE R. MOYER,

      Plaintiff,                    No. CIV S-03-1350 FCD DAD P

    vs.

JAMES E. TILTON, et al.,         <u>NOTICE OF SUBMISSION</u>

      Defendants.            <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    one completed summons form;

      _____    four completed USM-285 forms; and

      _____    five copies of plaintiff's second amended complaint.

DATED: _____.

                                                                        Plaintiff