IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE R. MOYER,

    Plaintiff,                              No. CIV S-03-1350 FCD DAD P

    vs.

JAMES E. TILTON, et al.,

    Defendants.                          <u>ORDER</u>

                                /

        On March 7, 2008, the parties filed a signed stipulation allowing plaintiff to file objections to the undersigned's February 20, 2008 findings and recommendations on or before March 14, 2008. On March 10, 2008, plaintiff's counsel filed those objections but in doing so noted that he has not yet been able to confer with his client. Counsel further noted that he would revise the objections and re-file them in the event he is able to confer with his client and further objections appear appropriate after that consultation. Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's revised objections, if any, shall be filed on or before March 14, 2008. Any reply shall be filed on or before March 21, 2008.

DATED: March 11, 2008.

                                                                    DALE A. DROZD
                                                                    UNITED STATES MAGISTRATE JUDGE

DAD:9
moye1350.stip