MARC D. PETERS (State Bar No. 211725)
mdpeters@mofo.com
DANIEL WAN (State Bar No. 238416)
dwan@mofo.com
YUKA TERAGUCHI (State Bar No. 260541)
yteraguchi@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  (650) 813-5600
Facsimile:   (650) 494-0792

Attorneys for Plaintiff
LAWRENCE R. MOYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE R. MOYER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. TILTON, individually and in his official capacity as Acting Secretary of the California Department of Corrections and Rehabilitation; JEANNE S. WOODFORD, individually and in her official capacity as Undersecretary of the California Department of Corrections and Rehabilitation; JENNIFER SHAFFER, individually and in her official capacity as Assistant Secretary for the Office of Victim and Survivor Rights and Services in the California Department of Corrections and Rehabilitation; and MARK SHEPARD, individually and in his official capacity as Acting Warden of Folsom State Prison,<br><br>Defendants. | Case No.: CIV S-03-1350 FCD DAD P<br><br>**PLAINTIFF LAWRENCE R. MOYER'S NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |

PLEASE TAKE NOTICE THAT Plaintiff Lawrence R. Moyer hereby substitutes Marc D. Peters (State Bar No. 211725), Daniel Wan (State Bar No. 238416), and Yuka Teraguchi (State Bar No. 260541) of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304, (650) 813-5600, as attorney of record in place and stead of Warrington S. Parker III, Daniel N. Kassabian, and David S. Simon, Heller Ehrman LLP, 333 Bush Street, San Francisco, California 94014, (415) 772-6000.

Dated: _____, 2009

/s/
Lawrence R. Moyer

Heller Ehrman LLP consents to the above substitution.

Dated: _____, 2009      HELLER EHRMAN LLP

By  /s/
Paul W. Sugarman

Morrison & Foerster LLP agrees to this substitution.

Dated: _____, 2009      MORRISON & FOERSTER LLP

By /s/
Daniel Wan

**ORDER**

The above substitution of attorneys is hereby approved.

Dated: February 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE