IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE R. MOYER,

                    Plaintiff,                    No. CIV S-03-1350 FCD DAD P

          vs.

JAMES E. TILTON, et al.,

                    Defendants.                    <u>ORDER</u>

_____/

          Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 6, 2009, plaintiff filed a motion for substitution or appointment of counsel, claiming that his attorney, Daniel N. Kassabian, had a conflict of interest.  On February 18, 2009, plaintiff substituted Marc D. Peters, Daniel Wan, and Yuka Teraguchi as counsel of record in this action in place of attorney Kassabian.  Accordingly, plaintiff's motion for substitution or appointment of counsel will be denied as moot.

/////

/////

/////

/////

/////

1        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's January

2 6, 2009 motion for substitution or appointment of counsel (Doc. No. 66) is denied as moot.

3 DATED: March 25, 2009.

4

5 _____

6 DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:9
moye1350.moot

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26