1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE R. MOYER,

11          Plaintiff,                    No. CIV S-03-1350 FCD DAD P

12          vs.

13   JAMES E. TILTON, et al.,             ORDER REQUIRING

14          Defendants.                   STATUS REPORT

15   _____/

16          This matter has now been at issue for sufficient time that it may be ready to be set

17   for trial.  Plaintiff and defendants shall therefore each submit to the court and serve by mail on all

18   other parties the following status report:

19          1.  Whether this matter is ready for trial and, if not, why not;

20          2.  Whether additional discovery is deemed necessary and, if so, the nature and

21   scope of the discovery and the time needed in which to complete it;

22          3.  Whether a pretrial motion is contemplated and, if so, the type of motion and

23   the time needed to file the motion and complete the time schedule set forth in Local Rule 78-

24   230(m);

25          4.  A narrative statement of the facts that will be offered by oral or documentary

26   evidence at trial;

1       5. A list of all exhibits to be offered into evidence at the trial of the case;

2       6. A list of the names and addresses of all witnesses the party intends to call;

3       7. A summary of the anticipated testimony of any incarcerated witnesses;

4       8. The time estimated for trial;

5       9. Whether either party still requests trial by jury; and

6       10. Any other matter, not covered above, which the party desires to call to the

7 attention of the court.

8       The parties are informed that they may, if all consent, have this case tried by a

9 United States Magistrate Judge while preserving their right to appeal to the United States Court

10 of Appeals. An appropriate form for consent to trial by a magistrate judge is attached. Any party

11 choosing to consent may complete the form and return it to the clerk of this court. Neither the

12 magistrate judge nor the district judge handling the case will be notified of the filing of a consent

13 form unless all parties to the action have consented.

14       In accordance with the above, IT IS HEREBY ORDERED that:

15       1. Plaintiff's status report shall be filed and served within thirty days from the

16 date of service of this order. Defendants' status report shall be filed within thirty days thereafter.

17 The parties are advised that failure to file a status report in accordance with this order may result

18 in the imposition of sanctions, including dismissal of the action or preclusion of issues or

19 witnesses.

20       2. The clerk of the court is directed to mail to all parties the form "Consent to

21 Proceed Before United States Magistrate Judge," together with the instant order.

22 DATED: March 25, 2009.

23

24                   _____

                              DALE A. DROZD

25 DAD:9                      UNITED STATES MAGISTRATE JUDGE

moye1350.40

26