IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE R. MOYER,

        Plaintiff,                      No. CIV S-03-1350 FCD DAD P

    vs.

JAMES E. TILTON, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding through counsel, has requested an extension of time to file a status report. Good cause appearing, plaintiff's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 21, 2009 request for an extension of time (Doc. No 72) is granted; and

        2. Plaintiff shall file his status report on or before June 11, 2009. Defendants' status report shall be filed within thirty days thereafter.

DATED: April 22, 2009.

                                                  /s/ Dale A. Drozd
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:9
moye1350.36sr